UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-60226-WPD

HOWARD COHAN,

    Plaintiff,

vs.

LAS OLAS HOSPITALITY LLC,
d/b/a THE WHARF FORT LAUDERDALE,

    Defendant(s).
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal with Prejudice [DE 17], (the "Stipulation"), filed herein on May 13, 2020. The Court has considered the Stipulation and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation is **APPROVED**;

2. This case is hereby **DISMISSED** with prejudice;

3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions

4. The Court retains jurisdiction for the sole purpose of enforcing the settlement agreement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of May, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record